BENJAMIN B. WAGNER
United States Attorney
KURT A. DIDIER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     v.<br><br>HODA SAMUEL,<br><br>   Defendant and Judgment Debtor, | CASE NO.: 2:15-MC-00100-JAM-KJN<br><br>**ORDER**<br><br>CRIMINAL CASE NO.: 2:10-CR-00223-JAM |
| JOHN HANCOCK LIFE INSURANCE COMPANY,<br><br>                Garnishee. | |

### ORDER

The Court, having reviewed the court files and the United States' Application for an Order Terminating Writ of Garnishment (the "Application") and finding good cause therefrom, hereby GRANTS the Application. Accordingly, it is ORDERED that the Writ of Garnishment previously issued on September 2, 2015, against Hoda Samuel is hereby TERMINATED pursuant to 28 U.S.C. § 3205(c)(10)(B); and the clerk of Court shall close this miscellaneous case.

IT IS SO ORDERED.

Dated: February 16, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

ORDER